IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jessie Adams,

                              Plaintiff,

v.

Sergio Jimenez,

                              Defendant.

C/A No. 3:26-cv-266-SAL

**ORDER**

Plaintiff, proceeding *pro se*, brings this civil action. This matter is before the court for review of a Report and Recommendation by United States Magistrate Judge Paige J. Gossett (the "Report"), made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B) (D.S.C.). [ECF No. 6.] The Report recommends the court dismissal of this action for lack of subject matter jurisdiction and that the dismissal be without prejudice and without issuance and service of process. *Id.* at 3–4. Attached to the Report was the Notice of Right to File Objections. *Id.* at 5. Although the Report was mailed to Plaintiff at the address of record, it was returned as undeliverable, noting "insufficient address unable to forward." *See* ECF No. 10-1 at 1. Because Plaintiff did not provide a sufficient address, he has not received the Report, nor has he filed objections.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the

1

Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

**CONCLUSION**

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 6, and incorporates the Report by reference herein. Additionally, because the court has no adequate address to contact Plaintiff, his case must be dismissed. Accordingly, the complaint is **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

**IT IS SO ORDERED.**

April 9, 2026                                         Sherri A. Lydon
Columbia, South Carolina                    United States District Judge

2